NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BECKY V. STRONG; UNKNOWN )
SPOUSE OF BECKY V. STRONG; and )
UNKNOWN TENANTS IN POSSESSION )
OF SUBJECT PROPERTY, n/k/a WENDY )
CALLOWAY, )
)
        Petitioners, )
)
v. )        Case No. 2D19-962
)
ARBOR CREEK HOMEOWNERS )
ASSOCIATION, INC., a Florida not- )
for-profit corporation, )
)
        Respondent. )
_____ )

Opinion filed November 1, 2019.

Petition for Writ of Certiorari to the Circuit
Court for the Twelfth Judicial Circuit for
Manatee County; sitting in its appellate
capacity.

Rev. James T. Golden, Bradenton, for
Petitioners.

Lilliana M. Farinas-Sabogal of Becker &
Poliakoff, P.A., Coral Gables, for
Respondent.


PER CURIAM.

        Denied.

KELLY, VILLANTI, and LUCAS, JJ., Concur.